**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CHRIST HOSPITAL, a New Jersey not-for-profit corporation,<br><br>Debtor-in-Possession. | Chapter 11<br><br>Case No. 12-12906 (MS) |

**LIST OF CREDITORS HOLDING THE**
**TWENTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR**

  The following is the list of creditors holding the twenty (20) largest unsecured claims (the "List of Creditors") against the above captioned debtor and debtor-in-possession (the "Debtor"). This List of Creditors reflects estimated amounts owed by the Debtor as of February 6, 2012.

  The List of Creditors has been prepared from the books and records of the Debtor as of February 6, 2012 and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This List of Creditors does not include persons who fall within the definition of "insider" as set forth in section 101(31) of the Bankruptcy Code. The inclusion or exclusion of any party to this List of Creditors shall not constitute an admission by, nor be finding on, the Debtor in any respect. The Debtor expressly reserves the right, in its sole discretion, to challenge the validity, priority and/or amount of any obligation reflected herein.

| *(1)*<br>*Name of creditor* | *(2)*<br>*Name, fax number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)*<br>*Nature of claim* | *(4)*<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *(5)*<br>*Amount of claim* |
|---|---|---|---|---|
| MCKESSON INFORMATION SOLUTIONS | JEFFREY C. CAMPBELL<br>MCKESSON INFORMATION SOLUTIONS<br>1 POST STREET<br>SAN FRANCISCO, CA 94104<br>Facsimile: (415) 983-7160 | Trade Creditor | | $ 2,217,089.61 |
| PUBLIC SERVICE ELEC & GAS CO1018 | SUZANNE KLAR, ESQ.<br>PSE&G<br>80 PARK PLAZA, T-5D<br>NEWARK, NJ 07102<br>Facsimile: (973) 645-1103 | Trade Creditor | | $ 1,428,693.40 |
| UMDNJ | LESTER ARON, ESQ.<br>UMDNJ<br>65 BERGEN ST., SUITE 1218<br>NEWARK, NJ 07107-3001<br>Facsimile: (973) 972-1523 | Trade Creditor | | $ 1,178,309.89 |

---

[1] The last four digits of the Debtor's tax identification number are [0445].

1708283

| *(1)* Name of creditor | *(2)* Name, fax number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | *(3)* Nature of claim | *(4)* Indicate if claim is contingent, unliquidated, disputed or subject to setoff | *(5)* Amount of claim |
|---|---|---|---|---|
| SODEXO, INC | BRAD HAMMAN<br>SODEXO<br>283 CRANES ROOSE BLVD<br>SUITE 260<br>ALTAMONTE SPRINGS, FL 32701<br>Facsimile: (407) 260-2305 | Trade Creditor | | $ 1,177,381.40 |
| PRINCETON INSURANCE | ANDREA C. KANEFSKY<br>PRINCETON INSURANCE<br>746 ALEXANDER ROAD<br>PRINCETON, NJ 08540<br>Facsimile: (609) 734-8461 | Trade Creditor | | $ 870,000.00 |
| EMERGENCY MEDICAL ASSOCIATES | JANICE KLOSTERMETER<br>EMERGENCY MEDICAL ASSOCIATES<br>651 W. MT. PLEASANT AVENUE<br>LIVINGSTON, NJ 07039<br>Facsimile: (973) 740-9895 | Trade Creditor | | $ 849,166.00 |
| UMR | PRESIDENT<br>UMR<br>11 SCOTT ST.<br>WAUSAU, WI 54403-4808<br>Facsimile: (513) 619-3021 | Trade Creditor | | $ 466,449.58 |
| CBIZ-KA CONSULTING SERVICES INC. | SAM DONIO<br>CBIZ-KA CONSULTING SERVICES INC<br>50 MILLSTONE RD<br>CRANBURY, NJ 08512<br>Facsimile: (609) 918-0930 | Trade Creditor | | $ 436,096.16 |
| PHILIPS MEDICAL SYSTEMS | RON WIRAHADIRAKSA<br>PHILIPS MEDICAL SYSTEMS<br>3000 MINUTEMAN RD.<br>ANDOVER, MA 01810-1099<br>Facsimile: (978) 689-8295 | Trade Creditor | | $ 432,460.82 |
| APOLLO HEALTH STREET | ARNAB SEN<br>APOLLO HEALTH STREET, INC.<br>2 BRIGHTON RD., SUITE 300<br>CLIFTON, NJ 07012<br>Facsimile: (973) 860-0992 | Trade Creditor | | $ 409,020.44 |

1708283

| *(1)* Name of creditor | *(2)* Name, fax number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | *(3)* Nature of claim | *(4)* Indicate if claim is contingent, unliquidated, disputed or subject to setoff | *(5)* Amount of claim |
|---|---|---|---|---|
| MEDASSETS NET REVENUE SYS, LLC MDX | DANIEL MULLIGAN<br>MEDASSETS NET REVENUE SYSTEMS, LLC<br>1 ROUTE 17 SOUTH<br>SADDLE RIVER, NJ 07458<br>Facsimile: (201) 786-6406 | Trade Creditor | | $ 387,853.92 |
| MATRIX MEDICAL GROUP PC | JOSEPH MATURO<br>C/O MANUEL BORJA MD<br>201 PALISADE AVENUE<br>JERSEY CITY, NJ 07306<br>Facsimile: | Trade Creditor | | $ 379,050.00 |
| JERSEY ELITE ANESTHESIA GROUP LLC. | PRESIDENT<br>JERSEY ELITE ANESTHESIA GROUP LLC<br>75 KEAN ROAD<br>SHORT HILLS, NJ 07078<br>Facsimile: (201) 943-8105 | Trade Creditor | | $ 264,420.00 |
| MICROSOFT | PETER S. KLEIN<br>MICROSOFT<br>1 MICROSOFT WAY<br>REDMOND, WA 98052-6399<br>Facsimile: (425) 936-7329 | Trade Creditor | | $ 235,734.72 |
| MEDCO | RICHARD J. RUBINO<br>MEDCO<br>100 PARSON POND DRIVE<br>FRANKLIN LAKES, NJ 07417<br>Facsimile: (201) 269-2880 | Trade Creditor | | $ 194,571.29 |
| QUEST DIAGNOSTIC | ROBERT HAGEMANN<br>QUEST DIAGNOSTIC<br>ONE MALCOLM AVENUE<br>TETERBORO, NJ 07608<br>Facsimile: (201) 462-4169 | Trade Creditor | | $ 172,326.35 |
| NJM INSURANCE CO. | PRESIDENT<br>NJM INSURANCE CO.<br>301 SULLIVAN WAY<br>WEST TRENTON, NJ 08628<br>Facsimile: (609) 882-3457 | Trade Creditor | | $ 165,345.50 |

1708283

| *(1)*<br>*Name of creditor* | *(2)*<br>*Name, fax number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)*<br>*Nature of claim* | *(4)*<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *(5)*<br>*Amount of claim* |
|---|---|---|---|---|
| SIEMENS MEDICAL SOLUTIONS, INC. | KLAUS P. STEGEMANN<br>SIEMENS MEDICAL SOLUTIONS, INC.<br>51 VALLEY STREAM PARKWAY<br>MALVERN, PA 19355-1406<br>Facsimile: (610) 219-8333 | Trade Creditor | | $ 155,097.16 |
| AETNA | JOSEPH ZUBRETSKY<br>AETNA<br>151 FARMINGTON AVENUE<br>HARTFORD, CT 06156<br>Facsimile: (860) 975-3110 | Trade Creditor | | $ 138,403.73 |
| AMERICAN PHYSICIANS SERVICES PC | MARC ZIMMERMANN<br>AMERICAN PHYSICIANS SERVICES PC<br>679 MONTGOMERY STREET<br>JERSEY CITY, NJ 07302<br>Facsimile: (201) 433-8010 | Trade Creditor | | $ 128,284.66 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Peter Kelly, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: February 6, 2012      Signature:   /s/ Peter Kelly
                                         Peter Kelly
                                         President/CEO

*Penalty for making a false statement or concealing property*:
Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

1708283